UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FELIX FISHER,<br><br>    Petitioner,<br><br>    v.<br><br>LEE BACA, et al.,<br><br>    Respondents. | Case No. CV 10-1915 DOC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: April 18, 2010

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE